# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DANIEL JOHN WILCKEN,

                Petitioner,

v.

RONALD HAYNES,

                Respondent.

Case No. C18-0279-RSL-MAT

ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE AND DIRECTING RESPONDENT TO FILE A REPLY BRIEF

      This is a federal habeas action brought under 28 U.S.C. § 2254. Respondent filed his answer to petitioner's federal habeas petition on May 24, 2018, and the answer was noted on the Court's calendar for consideration on June 15, 2018. (*See* Dkt. 13.) Respondent argues in his answer that petitioner's federal habeas petition is untimely under 28 U.S.C. § 2244(d) and should be dismissed on that basis. (*See id*.) On June 1, 2018, petitioner filed a motion seeking an extension of time until June 29, 2018 to file a response to respondent's answer. (*See* Dkt. 15.) Respondent did not file any response to petitioner's request for additional time.

      On June 22, 2018, petitioner filed a response to respondent's answer and, on June 29, 2018, petitioner filed a corrected copy of his response which he requested be included in the record. (*See* Dkts. 17, 18.) Petitioner argues in his response that this Court should consider his federal habeas

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME
TO FILE A RESPONSE - 1

claim alleging ineffective assistance of trial counsel, notwithstanding the untimely filing of his petition, because he is actually innocent of the underlying charges. (*See* Dkt. 18 at 7-9.) While respondent has made a persuasive showing that petitioner's petition is indeed time-barred, respondent has not weighed in on petitioner's claim of actual innocence. The Court deems it necessary to obtain a response from respondent with respect to petitioner's actual innocence claim before proceeding to disposition of the petition.

Accordingly, the Court hereby ORDERS as follows:

(1) Petitioner's unopposed motion for extension of time (Dkt. 15) is GRANTED. Petitioner's response to respondent's answer was received on June 29, 2018, and has been made a part of the record. (Dkt. 18.)

(2) Respondent is directed to file a reply brief addressing petitioner's actual innocence claim not later than ***August 10, 2018***. Respondent should include with his reply brief a copy of the transcript of petitioner's trial to assist the Court in evaluating petitioner's claim of actual innocence, or explain to the Court why production of the transcript is unnecessary.

(3) Respondent's answer (Dkt. 13) is RENOTED on the Court's calendar for consideration on ***August 10, 2018***.

(4) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Robert S. Lasnik.

DATED this 11th day of July, 2018.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME
TO FILE A RESPONSE - 2